AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ackerman, Harold A | United States District Court | 05/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 305 USPO and Courthouse<br>P.O. Box 999<br>Newark, NJ 07101-0999 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | New Jersey Division of Pensions | $ 22,492.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Foundation for Research on Economics and the Environment | September 13-18 - Elkhorn Ranch, Big Sky, MT - Terrorism, Energy, and Civil Society Seminar (Transportation, Hotel, Meals) |
| 2. George Mason University School of Law, Law and Economics Center | November 12-18 - Key West, FL - Creation of the American Republic Seminar (Transportation, Hotel, Meals) |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $ 0.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dallas Fort Worth TX | A | Interest | J | T | Buy | 06/09 | J | A | Barbara Ackerman |
| 2. Carlstadt, NJ School District | A | Interest | K | T | Buy | 5/11 | K | A | Barbara Ackerman |
| 3. Bernards Township School District | A | Interest | J | T | Buy | 12/19 | J | A | Barbara Ackerman |
| 4. Puerto Rico Commonwealth HWY | A | Interest | K | T | Buy | 09/08 | K | A | Barbara Ackerman |
| 5. Miami-Dade County FL | A | Interest | J | T | Buy | 08/10 | J | A | Barbara Ackerman |
| 6. Dallas Forth Worth TX | A | Interest | J | T | Buy | 07/05 | J | A | Barabra Ackerman |
| 7. NJ EDA Garden State | A | Interest | J | T | | | | | |
| 8. Port Authority NY and NJ | A | Interest | J | T | Sold | 01/18 | J | A | Barbara Ackerman |
| 9. NJ ECN DV at WTR | A | Interest | J | T | | | | | |
| 10. Port Authority NY and NJ | A | Interest | J | T | Sold | 07/15 | J | A | Barbara Ackerman |
| 11. Salem Co. NJ Indl. Plltn. | A | Interest | J | T | | | | | |
| 12. NJ Economic Development Auth. | A | Interest | J | T | | | | | |
| 13. Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 14. Port Authority NY and NJ | A | Interest | J | T | | | | | |
| 15. Puerto Rico Commonwealth | A | Interest | J | T | | | | | |
| 16. Hillsborough Twsp. School District | A | Interest | J | T | | | | | |
| 17. Port Authority NY and NJ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NJ Health Care FCS | A | Interest | J | T | | | | | |
| 19. NJ Building Auth. St | A | Interest | K | T | | | | | |
| 20. Rutgers, State Univ. NJ | A | Interest | K | T | | | | | |
| 21. North Hudson Sew Auth. NJ | A | Interest | K | T | | | | | |
| 22. NJ Economic Development Auth. | A | Interest | K | T | | | | | |
| 23. NJ Sport Exp at Sport Compmx | A | Interest | K | T | | | | | |
| 24. NJ Economic Dev Auth Rev Clara Maass | A | Interest | J | T | | | | | |
| 25. NJ Econ Dev Auth Rev Clara Maass | A | Interest | K | T | | | | | |
| 26. Morristown NJ Pkg Auth | A | Interest | K | T | Sold | 09/07 | K | B | Barbara Ackerman |
| 27. NJ Econ Dev Auth WTR FACS REV | A | Interest | K | T | | | | | |
| 28. NJ EDA Nat. Gas | A | Interest | J | T | | | | | |
| 29. NJ State Var Purp | A | Interest | J | T | | | | | |
| 30. NJ HCFFA RV HSP | A | Interest | J | T | | | | | |
| 31. NJ EDA Water FC RV AMER WTR CO. | A | Interest | J | T | | | | | |
| 32. NJ State Hwy Auth Pkwy | A | Interest | J | T | | | | | |
| 33. West Deptford Twp. NJ | A | Interest | J | T | | | | | |
| 34. New Jersey Health Care | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Delaware River Port Auth. | A | Interest | J | T | | | | | |
| 36. Puerto Rico Commonwealth | A | Interest | J | T | | | | | |
| 37. New Jersey State EDL | A | Interest | J | T | | | | | |
| 38. Puerto Rico Commonwealth | A | Interest | J | T | | | | | |
| 39. NJ State Govt/UO | A | Interest | J | T | | | | | |
| 40. New Jersey EDL FFA REV | A | Interest | J | T | | | | | |
| 41. New Jersey St EFA Rev | A | Interest | K | T | | | | | |
| 42. New Jersey Sports Exp A | A | Interest | J | T | Sold | 08/08 | J | A | Barbara Ackerman |
| 43. South Jersey Transportation for NJ Transit System | A | Interest | J | T | | | | | |
| 44. Rutgers, State Univ of NJ | A | Interest | J | T | | | | | |
| 45. New Jersey Sports Exp A | A | Interest | J | T | | | | | |
| 46. New Jersey St Trans | A | Interest | J | T | | | | | |
| 47. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 48. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 49. New Jersey HCFFA Rev | A | Interest | J | T | | | | | |
| 50. New Jersey State Exempt FA | A | Interest | J | T | | | | | |
| 51. Port Auth NY & NJ Cons | A | Interest | K | T | Sold | 06/01 | K | C | Barbara Ackerman |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dallas Fort Worth Tex R | A | Interest | J | T | | | | | |
| 53. Denver Colo City & Cnty | A | Interest | J | T | | | | | |
| 54. Puerto Rico Comwlth Hwy | A | Interest | J | T | | | | | |
| 55. Miami-Dade Cnty FL | A | Interest | J | T | | | | | |
| 56. Miami-Dade Cnty FL | A | Interest | J | T | | | | | |
| 57. New Jersey State EDL FCS A Kean Univ | A | Interest | J | T | Sold | 07/01 | J | A | Barbara Ackerman |
| 58. Massachusetts Bay Trans | A | Interest | J | T | | | | | |
| 59. California St | A | Interest | J | T | | | | | |
| 60. NJ Turnpike Authority | A | Interest | J | T | | | | | |
| 61. NJ Economic Development Authority -- NJ Natural Gas | A | Interest | J | T | | | | | |
| 62. NJ Economic Development Authority -- Motor Vehicle Surcharge | A | Interest | J | T | | | | | |
| 63. Miami-Dade County Florida International Airport | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ackerman, Harold A | 05/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date __5/11/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544